UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JANICE LAVRICH,** | ) | CASE NO. 1:15CV1561 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| **TURNING POINT SOLUTIONS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon the Motion (ECF DKT #7) of Plaintiff, Janice Lavrich, for Default Judgment. Upon consideration of the Motion and the submissions in support, the Court ORDERS that:

Default Judgment is entered against Defendant Turning Point Solutions, LLC for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

Defendant shall pay Plaintiff actual damages in the amount of $5,000.00 pursuant to 15 U.S.C. § 1692k(a)(1).

Defendant shall pay Plaintiff statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2).

Plaintiff is entitled to the costs of the action, together with a reasonable attorney's fee, pursuant to 15 U.S.C. § 1692k(a)(3), in an amount to be determined at a later date.

**IT IS SO ORDERED.**

<u>s/ Christopher A. Boyko</u>
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: May 4, 2016**